In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the NEW YORK CITY HOUSING AUTHORITY, Respondent, Relative to Acquiring Title to Real Property within the Area Bounded by Lawrence Street and Other Streets Required for the Flushing Houses, in the Borough of Queens. JOHN HARDING, Appellant.

Submitted October 6, 1952; decided October 16, 1952.

*Walter N. Smith* for motion.

No one opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. [See 304 N. Y. 880.]